USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM JOHNSON,

                          Plaintiff,

            -against-

J & N CONSTRUCTION GROUP CORP. & ROY PERDOMO, individually,

                        Defendants.
------------------------------------------------------------X

24-CV-7857 (VEC)

ORDER

WHEREAS on January 4, 2025, Plaintiff filed a letter requesting that the Clerk's Office enter an "entry of default" as to Defendant Roy Perdomo, *see* Dkt. 15;

WHEREAS the Court endorsed the letter, ordering Plaintiff to move for a default judgment against Defendant Perdomo, consistent with the procedures in Attachment A to the Undersigned's Individual Practices in Civil Cases by January 24, 2025, *see* Dkt. 16;

WHEREAS on January 21, 2025, Plaintiff moved for default judgment against Defendant Perdomo, *see* Dkt. 17; and

WHEREAS Plaintiff purported to attach as Exhibit D a Certificate of Default; the document attached, however, is not a certificate of default signed by the Clerk of Court pursuant to Local Civil Rule 55.1, but rather the Court's endorsement of Plaintiff's January 4 letter.

IT IS HEREBY ORDERED that Plaintiff must include a Certificate of Default with his motion for default judgment by January 29, 2025.

**IT IS SO ORDERED.**

DATED: January 23, 2025

                                                            **HON. VALERIE CAPRONI**
                                                            **UNITED STATES DISTRICT JUDGE**