
January 28, 2025

**VIA ECF**
Honorable Valerie Caproni
United States District Court
Southern District of New York
500 Pearl Street, Room 20C
New York, New York 10007



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/25
```

Re: *Johnson v. J & N Construction Group Corp. et al.*;
Case No.: 1:24-cv-07857

Dear Judge Caproni,

I represent Plaintiff in the above referenced matter. I write to respectfully request an adjournment of the March 6, 2025, Order to Show Cause hearing as I have an already-scheduled mediation for March 6, 2025, in another matter. This is Plaintiff's second adjournment request.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/Johnmack Cohen
Johnmack Cohen, Esq.

---

Application GRANTED. The show cause hearing scheduled on March 6, 2025 at 10:15 A.M. is ADJOURNED to March 7, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

Plaintiff must serve a copy of this endorsement, the Order at Dkt. 23, the Cohen Affidavit, accompanying exhibits, and certificate of default must be served upon Defendant or on or before January 31, 2025, by overnight delivery, and such service shall be deemed good and sufficient service.

SO ORDERED.    1/28/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2950, Philadelphia, PA 19103| (215) 391-4790
Miami Office: 701 Brickell Avenue, Suite 1310, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com