USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
WILLIAM JOHNSON,                                                    :
:
                              Plaintiff,   :   24-CV-7857 (VEC)
:
        -against-                                                  :
:
J & N CONSTRUCTION GROUP CORP. & ROY                                :   ORDER
PERDOMO, individually,                                              :
:
                            Defendants.   :
:
------------------------------------------------------------------- X

WHEREAS on January 19, 2025, Plaintiff moved for default judgment against Defendant Roy Perdomo, *see* Dkt. 17;

WHEREAS the show cause hearing is scheduled for March 7, 2025 at 10:00 A.M., *see* Dkt. 27; and

WHEREAS the Initial Pretrial Conference is scheduled for March 14, 2025 at 10:00 A.M., *see* Dkt. 30.

IT IS HEREBY ORDERED that the show cause hearing scheduled for March 7, 2025 is ADJOURNED to March 14, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order upon Defendant Perdomo by March 4, 2025 by overnight delivery, and such service shall be deemed good and sufficient service; Plaintiff must file proof of service by no later than March 5, 2025.

**SO ORDERED.**

DATED: March 3, 2025

                                                                           **HON. VALERIE CAPRONI**
                                                                         **UNITED STATES DISTRICT JUDGE**