USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
: 
WILLIAM JOHNSON, :
:
                               Plaintiff, :    24-CV-7857 (VEC)
:
          -against- :
:
J & N CONSTRUCTION GROUP CORP. & ROY :    ORDER
PERDOMO, individually, :
:
                            Defendants. :
:
------------------------------------------------------------------ X

WHEREAS on January 19, 2025, Plaintiff moved for default judgment against Defendant Roy Perdomo, *see* Dkt. 17;

WHEREAS the Court held a show cause hearing on March 14, 2025; and

WHEREAS Defendant Perdomo did not appear.

IT IS HEREBY ORDERED that a Default Judgment is entered in favor of Plaintiff against Defendant Perdomo with damages to be determined at the conclusion of the case.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order upon Defendant Perdomo by March 18, 2025 by overnight delivery, and such service shall be deemed good and sufficient service; Plaintiff must file proof of service by no later than March 19, 2025.

**SO ORDERED.**

DATED: March 14, 2025

                                                             **HON. VALERIE CAPRONI**
                                                    **UNITED STATES DISTRICT JUDGE**