```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WILLIAM JOHNSON,

                                 Plaintiff,               24-CV-7857 (VEC)

           -against-

J & N CONSTRUCTION GROUP CORP. & ROY              ORDER
PERDOMO, individually,

                               Defendants.
-------------------------------------------------------------- X

       WHEREAS on April 1, 2025, Plaintiff moved for leave to file an amended complaint to add two additional parties, Sukhwinder Kumar and George Tsolas, as Defendants and to assert aiding and abetting claims against them under the state and city law, *see* Dkt. 40;

       WHEREAS Plaintiff's motion indicated that Defendant J&N Construction Group Corp. ("J&N") opposed the amendment, *see id*;

       WHEREAS the Court ordered J&N to file a letter explaining its opposition to Plaintiff's proposed Amended Complaint, *see* Dkt. 41; and

       WHEREAS J&N filed a letter on April 8, 2025, arguing that Plaintiff's proposed amendments are futile and sought in bad faith, *see* Dkt. 42.

       IT IS HEREBY ORDERED that Plaintiff's motion for leave to file the Amended Complaint is DENIED without prejudice. The allegations against supervisors Kumar and Tsolas, as they currently appear in Plaintiff's proposed Amended Complaint, are vague and conclusory with regard to each proposed Defendant's actual participation in the alleged discrimination. Plaintiff is permitted again to seek leave to amend the complaint to shore up his allegations by no later than **April 29, 2025**.

**SO ORDERED.**

DATED: April 22, 2025

_____
**HON. VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**