UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Johnson,<br><br>       Plaintiff,<br><br>-against-<br><br>J & N Construction Group Corp. and Roy Perdomo,<br><br>       Defendants. | 1:24-cv-07857 (VEC) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

  The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Referral Order, ECF No. 55.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

  It is hereby Ordered that the parties shall file a joint letter on August 22, 2025, regarding the status of discovery.

**SO ORDERED.**

DATED:  New York, New York
      August 5, 2025

                     _____
                     STEWART D. AARON
                     United States Magistrate Judge