USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WILLIAM JOHNSON,                                            Case No.: 24-CV-07857

                        Plaintiff

  -against-
                                                    [PROPOSED] JUDGMENT

J & N CONSTRUCTION GROUP CORP.,
ROY PERDOMO, individually,

                        Defendants.
----------------------------------------------------------X

      WHEREAS, on July 30, 2025, Defendant J&N Construction Group Corp. ("Defendant"), offered Plaintiff William Johnson ("Plaintiff") to take judgment against it in this action pursuant to Fed. R. Civ. P. 68 in the total amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), as well as reasonable attorneys' fees and costs to the date of Defendant's offer as determined by the Court; and

      WHEREAS, Plaintiff's Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on August 13, 2025.

      It is, therefore, ORDERED, ADJUDGED and DECREED: That judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff William Johnson and against Defendant J&N Construction Group Corp., in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), as well as reasonable attorneys' fees and costs as determined by the Court, in full and final resolution of Plaintiff's claims against Defendant J&N Construction Group Corp. The Court reserves jurisdiction to award Plaintiff his reasonable attorneys' fees and costs.

Dated: New York, New York
       August 14, 2025

                                        So Ordered: _____
                                                       **HON. VALERIE CAPRONI**
                                                       **United States District Judge**