```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
WILLIAM JOHNSON, :
:
                            Plaintiff, :       24-CV-7857 (VEC)
:
-against- :
:
J & N CONSTRUCTION GROUP CORP. & ROY :       ORDER
PERDOMO, individually, :
:
                           Defendants. :
:
---------------------------------------------------------------X

       WHEREAS on August 14, 2025, Plaintiff filed a notice of Acceptance of a Rule 68 Offer of Judgment, in which Defendant J&N Construction Group Corp. ("J&N") will pay Plaintiff $50,000, as well as reasonable attorneys' fees and costs as determined by the Undersigned, *see* Dkt. 60.

       IT IS HEREBY ORDERED that Plaintiff and Defendant J&N are required to meet and confer to attempt to resolve the amount of attorneys' fees and costs owed. The parties must file a joint letter by no later than **September 12, 2025**, indicating whether the parties have reached an agreement.

**IT IS SO ORDERED.**

**DATED:** August 15, 2025
       New York, NY

                                                                            _____
                                                               **HON. VALERIE CAPRONI**
                                                           **UNITED STATES DISTRICT JUDGE**