

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com



*Danielle E. Mietus, Esq.*
*Telephone: (516) 747-0300, ext. 341*
*Email: dmietus@meltzerlippe.com*

September 9, 2025

VIA ECF
The Honorable Valerie E. Caproni
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/11/25

Re:    *William Johnson v. J&N Construction Group Corp., et al.*
       **Docket No.: 24-cv-07857 (VEC)**
       **MLGB File No.: 14640-00280**

Dear Judge Caproni:

This Firm represents Defendant J&N Construction Group Corp. ("Defendant") in the above-referenced matter. On August 14, 2025, the Court entered judgment pursuant to Fed. R. Civ. P. 68, in favor of William Johnson ("Plaintiff" and together with Defendant, the "Parties") and against Defendant and reserved jurisdiction to award Plaintiff reasonable attorneys' fees. *See* ECF No. 62. The following day, on August 15, 2025, the Court ordered the Parties to meet and confer to attempt to resolve the amount of attorneys' fees owed and further ordered the Parties to file a joint letter by no later than September 12, 2025, indicating whether an agreement was reached. *See* ECF No. 63. We write, pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases, on Plaintiff's consent, to respectfully request a two (2) week extension of the Parties' time to file the foregoing joint letter, or by no later than September 26, 2025, as additional time is needed for the Parties to continue their efforts to attempt to resolve this matter. This is Defendant's first request for an extension of this deadline and Plaintiff consents to same.

We sincerely thank the Court for its time and consideration of the foregoing.

> Application GRANTED.
>
> SO ORDERED.    9/11/25
>
> *[signature]*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Danielle E. Mietus*

Danielle E. Mietus, Esq.

cc:    *All Counsel (Via ECF)*

---

**Long Island    |    New York City    |    Boca Raton    |    Miami**