UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Johnson,

                              **Plaintiff,**

        -against-

J & N Construction Group Corp. and Roy Perdomo,

                              **Defendants.**

1:24-cv-07857 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Before the Court is Plaintiff's motion to seal certain exhibits filed in support of his motion for default judgment. (First Letter Mot. to Seal, ECF No. 72.) Having reviewed the exhibits, which were emailed to the Court, IT IS HEREBY ORDERED THAT Plaintiff's motion to seal is GRANTED. Although there is a presumption of public access to documents submitted in support of a motion, which are judicial documents, this presumption may be outweighed by competing considerations. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006)."The interest in avoiding the public disclosure of patients' health information is commonly recognized as outweighing the presumption of judicial access." *United States ex rel. Aharon v. Nuvance Health*, No. 24-CV-00524 (KMK), 2025 WL 2778319, at *10 (S.D.N.Y. Sept. 30, 2025) (citing cases). Plaintiff promptly, but no later than October 24, 2025, shall file Exhibits A and B under seal.

      IT IS FURTHER ORDERED THAT Exhibits A and B shall be included in the materials served upon Defendant Perdomo (*see* 10/3/25 Order, ECF No. 70), along with a copy of this Order. Defendant Perdomo shall treat these documents as confidential and shall not disclose them to

anyone. In addition, Plaintiff must serve Defendant Perdomo with a flash drive containing Exhibit C, a video file, which Plaintiff also emailed to the Court.

**SO ORDERED.**

DATED:   New York, New York
         October 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge