**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WILLIAM JOHNSON,

               Plaintiff,               24 **CIVIL** 7857 (VEC)

    -against-                         **JUDGMENT**

ROY PERDOMO,

               Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 6, 2026, the R&R is adopted in full, and Plaintiff is awarded $150,000.00 in emotional distress damages and $200,000.00 in punitive damages, plus post judgment interest on the full judgment amount, pursuant to 28 U.S.C. § 1961, against Defendant Perdomo. Because the R&R gave the parties adequate warning, see Dkt. 78 at 20, the failure to file any objections to the R&R precludes appellate review of this decision, see Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."); accordingly, the case is closed.

**Dated:** New York, New York
        January 9, 2026

                          **TAMMI M. HELLWIG**
                         _____
                            **Clerk of Court**

        **BY:**            K. mango
                          _____
                            **Deputy Clerk**